Revised 01Nov.05

## EXCLUSIVE POSTER, LIMITED EDITION AND PRINT ON DEMAND PUBLISHING AND DISTRIBUTION AGREEMENT AND SUBLICENSING AGREEMENT

This Exclusive Publishing Agreement ("the Agreement"), entered into on October 1, 2004 ("Effective Date") and amended on October 5, 2005, is hereby agreed to for valuable consideration by and between Grand Image Ltd. ("Grand Image"), a Washington corporation, with its principal offices in Seattle, Washington and Claret Sports, Inc. d/b/a Claret Arts ("Agent") for Rodney White ("Artist") with their principal place of business at 2115 Hills Avenue, NW, Atlanta, Georgia. Grand Image is in the business of publishing, distributing, marketing, promoting, advertising and selling photo offset Posters and reproductions ("Posters"), limited editions and Print on Demand (POD) of original Artworks, as well as administering sublicense agreements. The Artist creates original works of art ("Artwork").

### I. GRANT OF RIGHTS

Publishing Rights: The Agent grants to Grand Image the exclusive right throughout the world to publish, print, price, size, manufacture, advertise, distribute, and sell Posters (also known as reproductions) and Limited Editions of the Artwork. The rights granted hereunder include the right to display the Posters and the Artwork on the Internet, for Print on Demand or in other electronic media for purposes of advertising and selling the Posters. Grand Image can exercise the above-mentioned rights for a particular image only after obtaining Artist's approval for each and every image used and the method of use. Artist shall definitively provide or withhold approval within three (3) business days of Grand Image requesting such approval from Artist.

Maintenance of Exclusive Rights: So long as Grand Image publishes, allows to be published, or commits to publish, a minimum per year of four (4) editions of Posters, and four (4) editions of Limited Editions, the aforesaid appointment and grants of rights to Grand Image shall remain exclusive with respect to Artwork and the category of Posters or limited editions. It is understood that the minimum publishing requirements for Artworks stated above are to be considered exclusive to each other. Therefore, if the minimum requirement is met for one type of Artwork, (i.e. posters), but is not met for another (i.e. limited editions), then the exclusive will be maintained for the one type of artwork (i.e. posters), but not for the other. There is no minimum requirement for Print on Demand. If Grand Image fails to publish, allow to be published, commit to publish, the aforesaid minimum number of posters or limited editions for any year, then, Grand Image's appointment and rights hereunder shall, at Agent's option be terminated or made non-exclusive, upon Grand Image's receiving written notice thereof from Agent. No image may be published without Artist Approval. If Artist's disapproval is the sole cause for the publishing of less than four (4) editions in any one year, this is the only case in which less than four (4) editions of any publication will not trigger termination or non-exclusivity of this Agreement as stated in this section. Artist shall definitively provide or withhold approval within three (3) business days of Grand Image requesting such approval from Artist.

Rights to Assign: Grand Image shall have the right to assign any or all of its rights under this Agreement contingent upon the assignee or successor assuming all of Grand Image's obligations under this Agreement, only if Larry Winn is personally and principally involved in the operation of the assignee/successor company and the execution of the terms contained herein.

Sub-licenses and Third Party Introductions: On or after October 5, 2005, Agent agrees that Grand Image shall have the exclusive worldwide rights to sublicense and/or assign to third parties any or all of Grand Image's rights in such images for products other than Posters or Limited Editions. Agent and Grand Image agree to equally split (50/50) any proceeds from any such Sublicensing Agreement. No sublicense or assignment will take place without Artist's approval. For any sublicense agreement fully executed before October 5, 2005, the following terms shall control: "Agent agrees that with respect to images from Artwork which have previously been or hereafter published by Grand Image, Grand Image shall have the exclusive world-wide rights to sublicense and/or assign to third parties any or all of Grand Image's rights in such images for

products other than Posters or Limited Editions. Agent and Grand Image agree to split (60/40) any proceeds from any such Sublicensing Agreement. No sublicenses will take place without Agent's approval. Agent also agrees that with respect to any third parties introduced by Grand Image to Agent for the purpose of possible Sublicensing or other Publishing Agreements, and entered into by Agent, that Grand Image and Agent will share (30/70) any proceeds from said Agreements for the term of this Agreement, plus five (5) years. Additionally, Agent grants Grand Image shall have the non-exclusive right to sublicense images not published by Grand Image, subject to Agent's approval."

Publicity Rights: In addition, Artist grants to Grand Image publicity rights to use photos or other images of the Artist as well as Artist's name and likeness, in the marketing, advertising, promotion and distribution of the Artist's Artworks. At Grand Image's reasonable request, Artist will be available for any photography, video, taping or other session to produce material or digital information for the uses described herein. Grand Image will reimburse Artist for all reasonable travel expenses incurred as requested by Grand Image with approval by Grand Image in advance.

Originals: To be covered under a separate agreement.

Print on Demand (POD) and Digital Reproductions: Images created from digital files. This would include images printed from iris or giclee machines. Print on Demand is a term whereby Grand Image will pay to create a digital file of substantial enough size to create an image which can be printed on various substrates such as paper, canvas, steel, or plexi. The intent is to create a digital inventory for the Agent/Artist where purchases can be made of an image not yet "published" in the traditional manner. The premise behind POD is to offer a customized (to size and substrate) mid price product comparable to today's giclee. This is not intended to replace the poster or limited edition, but rather to compliment the two.

## II. TERM

The appointment and rights granted by the Agent to Grand Image shall be for:

Initial Term: The initial term of this Agreement and the exclusive rights granted to Grand Image hereunder shall be for a period of four (4) years from October 1, 2004.

Renewal Term: If this Agreement shall not have been earlier terminated, then it shall be automatically renewed for additional one (1) year terms unless either party shall give written notice to the other of its intention not to renew at least ninety (90) days prior to the end of the original or any renewal term.

Sell-off Term: Grand Image shall have the right to republish, re-size, distribute and sell previously published images or digitally archived images for the full term of this Agreement plus fifty (50) years; provided that Grand Image continues to pay royalties to Agent on any such sales.

Sublicense Term: Any and all sublicensing rights held by Grand Image shall terminate upon termination of this Agreement. All sublicensing rights shall revert to Artist upon the termination of this Agreement. The terms and conditions of any sublicense agreement(s) negotiated and/or administered by Grand Image during the term of this master agreement shall survive the expiration and/or termination of this Agreement. Once such sublicense agreement(s) expire, all rights shall revert back to Artist.

## III. ROYALTIES

In consideration of the rights granted to Grand Image in this Agreement, Grand Image shall pay to the Agent a Royalty of twelve percent (12%) of the amount Grand Image receives from sales of the Posters, Limited Editions, and Print on Demand less discounts and shipping. No royalties will

be paid on those Posters or Limited Editions sold to the Agent, samples or promotional copies where no funds are received. It is understood that Agent agrees to pay Artist no less than 80% of all royalty and/or sublicensing fees.

Reports and Timing of Royalty Payments: On a quarterly basis, Grand Image will provide the Agent with a written statement of the actual amount Grand Image receives from the sales of the Posters, Limited Editions and POD. Any payments due to the Agent will be mailed to the Agent thirty (30) days after each quarter's end.

Books and Records: Grand Image shall keep accurate books and records with respect to all transactions herein contemplated, which shall be available for inspection at our corporate offices in Seattle, WA. at reasonable times and upon reasonable notice during regular business hours in order to verify any statement or accounting rendered hereunder.

Agent recognizes that there is no means of determining in advance the number of Posters and Limited Editions, which may be sold in any future period, and no assurances are made in that regard.

Shipping Expenses: Grand Image agrees to pay shipping for Artworks needed for publishing purposes. All Artworks are to be shipped at a mutually agreed upon delivery schedule, preferably by Ground, not expedited delivery. However, if solely due to Agent's failure to meet agreed upon schedules, then the Agent must bear the incremental portion of the expedited delivery charges.

## IV. OTHER CONSIDERATIONS

Grand Image may cause the Artwork to be reproduced by such methods and such entities and means as Grand Image, in its sole discretion, may select including, but not limited to, technologies which are now or which may become available. The size, format, and graphics of the Posters shall be determined by Grand Image.

Grand Image shall provide to the Artist at no charge, twenty-five (25) exemplars of each Poster edition published by Grand Image. In addition, if the Agent wishes to purchase copies of the Poster edition, then Grand Image will sell minimum in increments of twenty-five (25) at seventy-five percent (75%) off the retail price thereof. Any Posters so purchased by the Agent with this discount shall not be included in the "net sales" of the Posters and shall not be subject to any royalties due to the Agent. Agent will also be able to purchase one at a time limited editions and POD at 75% off of retail. These special discounts cease at end of contract.

## V. INDEPENDENT CONTRACTORS.

Nothing herein shall create a master-servant, employer- employee partnership, or joint venture between the parties. Each party is an independent contractor to the other party, and each party shall be responsible for its own taxes. Grand Image shall not be considered the agent for Agent on matters outside of the terms and conditions of this Agreement.

## VI. OBLIGATIONS OF THE AGENT

The Agent shall deliver printing quality transparencies and/or digital files of the Artwork to Grand Image and biographical information about the Agent. If the Agent does not have transparencies of the Artwork, Grand Image shall arrange to have transparencies made at the cost of Grand Image.

Non-competition. The Agent recognizes and acknowledges that the value of publications by Grand Image of the Agent's Artworks would be irreparably harmed if any third party were to be either competing or selling similar images of the Agent's Artworks. The exception to this clause is

shown in VI C below whereby Agent will be allowed to sell Artist's publications. The Agent also recognizes and acknowledges that Grand Image's market is worldwide. Therefore, for the aforesaid and other good reasons and in consideration of the royalties and other consideration, Agent agrees to the following provision.

A The Agent agrees during the four (4) year term and any subsequent terms of the aforesaid appointments and grants of rights to Grand Image, the Artist shall not be represented by, and Agent shall not allow any publishing relationship with, another publisher or dealer in the poster and/or limited edition publishing business. This does not preclude Agent to continue working with galleries to sell Artists originals.

B. The Agent agrees that Agent shall not create, produce, make or copy, any image substantially similar to any of the images published by Grand Image for the purpose of the Agent directly or indirectly selling or distributing Artworks to another publisher or dealer in the poster publishing business. Similar imagery in original format is obviously allowed.

C. The Agent will be the exclusive Rodney White dealer in the greater Atlanta area and will receive a 50/50 discount on all Rodney White publications.

Good Faith. The Agent agrees to act in good faith to produce Artworks requested and necessary in order for Grand Image to meet it's publishing requirements. Grand Image and Agent shall each contribute their own appropriate efforts to produce Artworks and Posters of the highest quality.

## VII. COPYRIGHTS AND WARRANTIES

The ownership of the copyright for the Artwork shall at all times reside with the Artist and the ownership of the copyright for the Posters shall at all times reside with Grand Image. Grand Image shall register the Posters for copyright in the United States Copyright Office in the name of Grand Image and shall affix the necessary copyright notices to each Poster.

The Agent represents, warrants and covenants that the Artist shall be the sole creator of any Artworks sold to or published by Grand Image and the sole copyright owner to any such Artworks; That the Agent has the full power and authority to enter into this Agreement and to grant the rights set forth herein; that the Artwork has not previously been used or published as Posters nor has the Agent or any other person or entity previously granted anyone the right to use or publish the Artwork as Posters and that Grand Image may use and publish the Artwork as contemplated by this agreement and it may use the name and likeness of the Agent in connection with such use and publication, and such use or publication by Grand Image will not infringe upon any copyright, right of publicity, moral right, or any proprietary or other right of any third party. The Agent agrees not to authorize or permit others to use or publish the Artwork as Posters during the term of this agreement.

## VIII. INDEMNITIES

Indemnities of Grand Image: Grand Image hereby agrees to defend, at its own expense, the Agent, indemnify the Agent, and hold the Agent harmless regarding any claim asserted against the Agent to the extent that such claim arises out of the manufacture, advertisement and distribution and/or sale of the Posters under this Agreement contingent upon the fact that the Agent has not breached Paragraph VI. Copyrights of this Agreement.

Indemnities of Agent: The Agent agrees to defend, indemnify and hold harmless Grand Image from any and all claims, causes of actions, suits, damages, and expenses (including attorney fees and costs) which arise either from any breach of the representations, warranties and covenants described herein or which otherwise bar, prevent, impair, or otherwise limit Grand Image's exercise of the appointments and grants made herein.

This Agreement contains the entire understanding of the parties and shall be construed under and in accordance with the laws of the State of Washington. This Agreement supersedes any previous agreements between the parties and shall control.

Please confirm that the foregoing accurately and completely sets forth our entire understanding by signing and returning the enclosed copy of this Agreement.

AGREED:

GRAND IMAGE, LTD

By Larry Winn, CEO
Grand Image, Ltd.
3201 First Avenue South
Seattle, WA. 98134

Date 10/7/05

Confirmed and Agreed to by:

Will Katz, President/CEO (Agent)
Claret Sports, Inc.
d/b/a Claret Arts
2115 Hills Avenue, NW
Atlanta, Georgia 30318

Date 11/1/05